## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

**EMMANUEL OSAYENDE GUOBADIA**  **CASE NO.  1:25-CV-00659 SEC P**
**#A203-396-624**

**VERSUS**  **JUDGE EDWARDS**

**U S IMMIGRATION & CUSTOMS**  **MAG. JUDGE PEREZ-MONTES**
**ENFORCEMENT**

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 8), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this civil action is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41 of the Federal Rules of Civil Procedure.

**THUS, DONE AND SIGNED** in Chambers this 21st day of August, 2025.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**